UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF KENTUCKY
CENTRAL DIVISION at LEXINGTON

CIVIL ACTION NO. 05-409-KSF

ROBERT STEELE                                                                                         PLAINTIFF

V.                                                      ORDER

FORD MOTOR COMPANY, et al                                                              DEFENDANTS

* * * * * * * * * * * * * * *

This matter being before the Court on the Notice of Settlement filed herein, and the Court being sufficiently advised, IT IS HEREBY ORDERED that this action is DISMISSED WITHOUT PREJUDICE and STRICKEN from the active docket.  The parties shall TENDER an agreed order dismissing this case with prejudice within thirty (30) days from the entry of this order.  The Court retains jurisdiction over the settlement agreement and incorporates its terms herein.  The Court will entertain a motion to redocket this action upon application to the Court within thirty (30) days from the entry of this order if the settlement is not consummated.

This 5th day of October, 2007.



**Signed By:**
*Karl S. Forester*  KSF
**United States Senior Judge**